UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHERISE BEERS,**

    **Plaintiff**

vs.                                          **CASE NO.: 8:23-cv-1063-SDM-SPF**

**DOVENMUEHLE MORTGAGE, INC.,**

    **Defendant**

_____/

## JOINT NOTICE OF SETTLEMENT

Cherise Beers ("Plaintiff") and Dovenmuehle Mortgage, Inc., ("Defendant") notify the Court that they have reached an agreement in principle to settle all claims alleged in the Complaint.

The Parties respectfully request that the Court vacate all pending deadlines and allow them thirty (30) days within which to memorialize the terms of their settlement and to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 23, 2023

Respectfully Submitted,

| | |
|---|---|
| ***/s/ Matthew D. Bavaro*** | ***/s/ Greg H. Rosenthal*** |
| Matthew D. Bavaro, Esq. | Greg H. Rosenthal, Esq. |
| Florida Bar No. 175821 | Florida Bar No.: 955884 |
| Loan Lawyers, LLC | Diaz Anselmo & Associates, P.A. |
| 3201 Griffin Road, Suite 100 | 499 NW 70th Ave. Suite 309 |
| Fort Lauderdale, FL 33312 | Fort Lauderdale, FL 33317 |
| Telephone: (954) 523-4357 | Telephone: (954) 564-0071 |
| Facsimile: (954) 581-2786 | Facsimile: (888) 235-0017 |
| matthew@fight13.com | grosenthal@dallegal.com |
| nicole@fight13.com | dlopez@dallegal.com |
| | |
| Counsel for Plaintiff | Counsel for Defendant |